```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: SVB FINANCIAL GROUP,             :
                                        :       23cv3714 (DLC)
                      Debtor,           :
----------------------------------------:       ORDER
                                        :
UBS SECURITIES LLC,                     :
                                        :
                      Appellant,        :
                                        :
          -v-                           :
                                        :
SVB FINANCIAL GROUP,                    :
                                        :
                      Appellee.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    The above case has been assigned to me for all purposes. It is hereby

    ORDERED that the appellant file its brief by May 19, 2023. The appellee shall file its opposition brief by June 2, 2023. The appellant's reply brief, if any, must be filed by June 16, 2023.

    IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:    New York, New York
          May 4, 2023

                                    _____
                                    DENISE COTE
                                    United States District Judge