353 N. CLARK STREET CHICAGO, IL 60654-3456

**JENNER&BLOCK** LLP

May 31, 2023

VIA ECF

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In re SVB Financial Group, UBS Securities LLC v. SVB Financial Group,*
      No. 23-cv-03714 (DLC)

## Joint Letter Motion For Extension of Time to File Appellee Brief

Dear Judge Cote:

By and through counsel, appellee SVB Financial Group ("SVB Financial") and appellant UBS Securities LLC ("UBS") (together, the "Parties") write jointly regarding the deadlines set in this Court's May 4, 2023 Order (the "Order"). Pursuant to the Order, appellee SVB Financial's opposition brief is due June 2, 2023, and appellant UBS's reply brief is due June 9, 2023. The Parties respectfully request that both deadlines be extended seven days, such that SVB Financial's opposition brief will be due June 9, 2023, and UBS's reply brief will be due June 23, 2023.

This is the Parties' first request for an extension.

The Parties also wish to apprise that Court that they anticipate being able to resolve all issues in dispute in this appeal, and that they will be seeking dismissal of this appeal imminently.

We thank the Court for its consideration.

*Granted.*

*[signature]*
*5/31/23*

Respectfully submitted,

/s/ *Vincent E. Lazar*
Vincent E. Lazar
Landon S. Raiford (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
vlazar@jenner.com
lraiford@jenner.com

Marc B. Hankin
Carl N. Wedoff
1155 Avenue of the Americas
New York, NY 10036
mhankin@jenner.com
cwedoff@jenner.com

*Attorneys for SVB Financial Group*

/s/ Carl W. Mills
William R. Maguire
Carl W. Mills
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
carl.mills@hugheshubbard.com

*Attorneys for UBS Securities LLC*